IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC BLANDING, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0738-CG-B |
| RICHARD ALLEN, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 16th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE